UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Abrahamson                                        ORDER OF DISMISSAL
           Plaintiff,
   -v-                                            MC-00-220(TCP)

USA
           Defendants.
-----------------------------------------------------X

      IT IS HEREBY ORDERED that the above entitled matter be dismissed. There having been no activity in this case since October 3, 2000.

      IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.


                                                           /s/
                                                     Thomas C. Platt
                                                     U.S. District Judge


Dated: Central Islip, NY
       June 1, 2006